IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                    CASE NO.  4:11cr00095-01 JMM

BRYAN McKINNEY

## AMENDED JUDGMENT

The defendant appeared December 5, 2013, for a hearing on the motion to revoke supervised release. The defendant admitted to the violations contained in the petition and the Court granted the motion to revoke. The Court imposed a sentence of fourteen (14) months imprisonment in the Bureau of Prisons followed by twenty-two (22) months supervised release.

The judgment entered December 5, 2013 (DE #42) failed to include the term of supervised release of 22 months as stated in the hearing. All other conditions remain the same.

The Clerk is requested to provide a copy of this order to the United States Probation Office and the United States Marshals Service.

IT IS SO ORDERED THIS 13th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE